## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  *WILLIE & CHRISTINE SMITH*　　　　　　　　CASE NO. *17-11290*
　　　　　DEBTOR*S*　　　　　　　　　　　　　　　　　　CHAPTER 13

### NOTICE

**YOU ARE HEREBY NOTIFIED**, that a written response to the attached Objection to Secured Claim and Other Relief may be filed with:

<u>Shallanda J. Clay, Clerk of Court</u>

<u>U.S. Bankruptcy Court</u>

<u>Northern District of Mississippi</u>

<u> 703 Highway 145 North</u>

<u>P.O. Drawer 867</u>

And a copy must be served on the undersigned Debtor's Attorney and the Chapter 13 Trustee, on or before thirty (30) days from the date of this notice, or the Court may enter a Confirmation Order, which shall set the value of each affected secured creditor's lien, and which shall sustain the objection to secured claim, etc., granting the relief requested therein.  In the event a written response is filed, the Court will notify you of the date, time and place of the hearing thereon.

**DATED:**  April 21, 2017

**CHAPTER 13 TRUSTEE:**
**Hon. Terre Vardaman**
VARDAMAN13ECF@gmail.com
**P.O. Box 1326**
**Brandon, MS 39043-1326**

　　　　　　　　　　　　　　　　　　　　　　/s/ William C. Cunningham
　　　　　　　　　　　　　　　　　　　　　　WILLIAM C. CUNNINGHAM
　　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR DEBTOR

WILLIAM C. CUNNINGHAM
P.O. BOX 624
COLUMBUS, MS 39703
(662) 329-2455
MSB# 7964

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  *WILLIE & CHRISTINE SMITH*  CASE NO. *17-11290*
        **DEBTORS**                  **CHAPTER 13**

## OBJECTION TO SECURED CLAIM AND OTHER RELIEF

**COME NOW,** Debtors, by and through counsel, and files this Objection to the following pre-petition secured claim and request the Court to set the value for the purpose of plan confirmation.

>   **CREDITOR:**                *GMAC*
>   **Description of Collateral:**  2011 HONDA ACCORD
>   **AMOUNT OF DEBT:**          *$10,987.92*, amount alleged to be due.
>   **Treatment:**               Pay value of $9,292.50 plus interest of 5.0%, upon payment of same to eliminate any lien.

**DEBTORS** prays that upon payment of value plus interest, the lien to be cancelled and any title documents be delivered to Debtor.

**DATED:** April 21, 2017

>                             Respectfully submitted,
>                             *WILLIE & CHRISTINE SMITH*
>
>                             /s/ William C. Cunningham
>                             **WILLIAM C. CUNNINGHAM**
>                             **ATTORNEY FOR DEBTOR**

WILLIAM C. CUNNINGHAM
P.O. BOX 624
COLUMBUS, MS 39703
(662) 329-2455
MSB# 7964

## CERTIFICATE OF SERVICE

I, WILLIAM C. CUNNINGHAM, Attorney for Debtor, do hereby certify that I have this day either by facsimile, electronically mailed, or mailed by United States mail, postage prepaid, a true and correct copy of the above and foregoing OBJECTION TO SECURED CLAIM AND OTHER RELIEF AND NOTICE OF OBJECTION TO SECURED CLAIM to the creditor named herein at their respective addresses, the United States Trustee, and to the Chapter 13 Trustee:

*GMAC – P.O. BOX 38092, BLOOMINGTON, MN 55438*

**TERRE VARDAMAN**
VARDAMAN13@GMAIL.COM

**U.S. TRUSTEE**
USTPRegion.05.AB.ECF@usdoj.gov

**DATED: April 21, 2017**

                                                  /s/ William C. Cunningham
                                                  WILLIAM C. CUNNINGHAM
                                                  ATTORNEY FOR DEBTOR

WILLIAM C. CUNNINGHAM
ATTORENY AT LAW
POST OFFICE BOX 624
COLUMBUS, MS 39703
(662) 329-2455
wccsinc@gmail.com
MSB# 7964