

SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  *WILLIE & CHRISTINE SMITH*          CASE NO. *17-11290*
         **DEBTOR***S*                                   CHAPTER 13

## ORDER ON SECURED CLAIMS

**THIS MATTER CAME BEFORE THE COURT** on the Objection to Secured Claim by the Debtor to the claim of ***LENDMARK FINANCIAL SERVICES*** filed herein on ***April 21, 2017*** in accordance with *In re Howard,* 972 F.2d 639 (5th Cir. 1992). The Court having considered the objection and finding no responses filed, does hereby find and order as follows:

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that said Objection to Secured Claim shall be and is hereby sustained, subject to the provisions of this order.

**IT IS FURTHER ORDERED** that, absent any order of the Court to the contrary, the claim of said creditor shall be treated in the confirmed plan as provided for in said objection, and upon payment of the above value or claim amount plus interest as provided for in the confirmed plan.

##END OF ORDER##

Submitted By:
/s/William C. Cunningham
WILLIAM C. CUNNINGHAM
POST OFFICE BOX 624
COLUMBUS, MS 39703
PHONE: (662) 329-2455
MS STATE BAR # 7964